RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2/2/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| SHANNON CHARLES FERGUSON | CIVIL ACTION 05-1073 |
| VERSUS | CHIEF JUDGE HAIK |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, RICHARD STALDER, SECRETARY AND THE BOARD OF PAROLE | MAGISTRATE JUDGE METHVIN |

*************************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly **IT IS ORDERED, ADJUDGED, AND DECREED** that the petition filed in the above captioned matter is hereby considered a petition for *habeas corpus* and that it is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts as the petitioner is not entitled to the relief sought based on the face of the petition and the exhibits annexed thereto. Further, this Court finds that the complaint is **FRIVOLOUS** and considers that fact grounds for dismissal with prejudice as well.

**THUS DONE AND SIGNED** on this the 1st day of February, 2006.

_____
CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA